**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>TODD BLANCHE, *Acting Attorney General of the United States, in his official capacity*, *et al.*,<br><br>    Defendants. | Case No. 23-cv-2070 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Government's motion to dismiss for lack of jurisdiction, ECF 12, is **GRANTED**. The Government's motion to excuse compliance with Local Civil Rule 7(n) and to strike the Foundation's statement of undisputed material facts, ECF 11, is **GRANTED in part** and **DENIED as moot in part**. The Foundation's motion for summary judgment, ECF 10, is **DENIED as moot**. This case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

              _____
              JIA M. COBB
              United States District Judge

Date: May 5, 2026